# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANBY PRODUCTS, INC.** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 22-0155** |
| v. | : | |
| | : | |
| **NEW WIDETECH INDUSTRIES, LTD.** | : | |
| | : | |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 28th day of October 2022, upon consideration of Defendant New Widetech Industries, Ltd.'s *motion to dismiss*, [ECF 10], Plaintiff's response in opposition, [ECF 15], Defendant's reply, [ECF 17], and the allegations in the complaint, [ECF 1], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendant's motion to dismiss is **GRANTED**, and this matter is **DISMISSED** for lack of personal jurisdiction.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*